UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**PORFIRIO MIRELES**

**VERSUS**

**LEO CUELLAR, ET AL.**

**CIVIL ACTION**

**NO. 24-625-JWD-SDJ**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on October 4, 2024

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PORFIRIO MIRELES** | **CIVIL ACTION** |
| **VERSUS** | |
| **LEO CUELLAR, ET AL.** | **No. 24-625-JWD-SDJ** |

## MAGISTRATE'S REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Motion to Remand (R. Doc. 10). Plaintiff requests that this case be remanded to the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, on the grounds that removal was procedurally improper and that this Court lacks subject matter jurisdiction. Following Plaintiff's Motion to Remand, Removing Defendant Cuellar filed a Notice of No Opposition (R. Doc. 11), in which he explains that, upon reviewing the Motion to Remand, he realized the error in removal and now has no opposition to remand.

There being no opposition, the undersigned **RECOMMENDS** that Plaintiff's Motion to Remand be **GRANTED** and this matter **REMANDED** to the 21st Judicial District, Parish of Livingston, State of Louisiana, for further proceedings.

Signed in Baton Rouge, Louisiana, on October 4, 2024.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**