UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PORFIRIO MIRELES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-00625-JWD-SDJ** |
| **LEO CUELLAR, ALEMAN TRUCKING, LLC and UNITED WISCONSIN INSURANCE COMPANY** | |

### REMAND ORDER AND JUDGMENT

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 10, 2024 (Doc. 12), to which the removing Defendant Cuellar filed a Notice of No Opposition (Doc. 11), in which he explains that, upon reviewing the Motion to Remand, he realized the error in removal and now has no opposition to remand;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 10) is **GRANTED,** and this matter is **REMANDED** to the 21st Judicial District, Parish of Livingston, State of Louisiana, for further proceedings.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TERMINATE** this matter on the docket.

Signed in Baton Rouge, Louisiana, on October 24, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

21st JDC